Nicolas A. Olano
Alaska Bar No. 2105042
Florida Bar No. 0528961
NATIONS LAW GROUP
2525 Blueberry Road, Suite 207
Anchorage, Alaska 99503
Tel: (907) 770-0909
Fax: (907) 770-0902
Email: nicolas@nationslawak.com
Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Faviola PILLE-VALERIO

               Petitioner,

    v.

Brandon JONES, et al.,

               Respondents.

Case No. 3:26-cv-00194-SLG

**PETITIONER'S APPLICATION FOR ORDER TO SHOW CAUSE**

1. Pursuant to 28 U.S.C. § 2243, Petitioner respectfully requests that this Court "forthwith" issue an order directing Respondents to show cause why the petition for writ of habeas corpus, and supplemental petition for writ of habeas corpus, filed by Petitioner pursuant to 28 U.S.C. § 2241 should not be granted.

2. Petitioner filed this habeas action challenging her immigration detention on May 12, 2026. Dkt. 1. Petitioner remains detained, and the Court can still grant effective custody relief.

3. The Court has already recognized that the custody statute is central, stating that "the present record suggests that Petitioner's detention is governed by § 1226(a), under which she may seek a bond hearing before an Immigration Judge pursuant to § 1226(a)(2)." Dkt. 17 at 8.

APP. ORDER TO SHOW CAUSE - 1 of 4

Pille-Valerio v. Jones
Case No. 3:26-cv-00194-SLG

4. Petitioner has also clarified that, in light of the changed custody posture, she seeks a constitutionally adequate custody hearing even if the hearing is conducted while she remains detained at the Northwest ICE Processing Center. Dkt. 20 at 1–2.

5. The federal habeas corpus statute provides that "[a] court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

6. Section 2243 further provides that the writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." 28 U.S.C. § 2243.

7. Section 2243 further provides that the court shall hold a hearing on the writ or order to show cause "not more than five days after the return unless for good cause additional time is allowed," and shall "summarily hear and determine the facts, and dispose of the matter as law and justice require." 28 U.S.C. § 2243.

8. Pursuant to § 2243, Petitioner requests that the Court immediately issue an Order to Show Cause directing Respondents to file a return within three days[1] of the Court's order, showing cause, if any, why habeas relief should not be granted, and permitting Petitioner to file a reply within three days after Respondents file the return.

9. Petitioner requests that, if necessary, the Court to  oral arguments on the issue of whether her detention is pursuant to 8 U.S.C. 1225 or 8 U.S.C. 2126.

---

[1] Undersigned counsel has discussed this period with Mr. Josh Traini, AUSA, who stated such a return timeline would be amenable for respondents.

10. Additional delay is inappropriate because Petitioner remains detained without the custody process she seeks, and the requested order requires only that Respondents promptly justify the legality of that detention.

Respectfully submitted this 22 day of June, 2026.

/s/ Nicolas A. Olano
Nicolas A. Olano
Alaska Bar No. 2105042
Florida Bar No. 0528961
NATIONS LAW GROUP
2525 Blueberry Road, Suite 207
Anchorage, Alaska 99503
Tel: (907) 770-0909
Fax: (907) 770-0902
Email: nicolas@nationslawak.com
Attorney for Petitioner

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

DATED: June 22, 2026.

*/s/ Nicolas A. Olano*

NICOLÁS A. OLANO (Alaska Bar No. 2105042)
NATIONS LAW GROUP
2525 Blueberry Road, Suite 207
Anchorage, Alaska 99503
Tel: (907) 770-0909 / Fax: (907) 770-0902
Email: nicolas@nationslawak.com
Attorney for Petitioner