**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

FABIOLA PILLE-VALERIO,

              Petitioner,

     v.

BRANDON JONES,
*Superintendent, Hiland Mountain Correctional Facility*, *et al.*

         Respondents.

Case No. 3:26-cv-00194-SLG

## ORDER TO SHOW CAUSE

Before the Court at Docket 25 is Petitioner's Unopposed Motion for Expedited Consideration of Supplemental Filings. The motion is **GRANTED** and the Court will consider Petitioner's filings on an expedited basis.

Also before the Court at Docket 22 is Petitioner's Unopposed Motion to File Supplemental Habeas Petition. The motion is **GRANTED**. The Supplemental Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 at Docket 23 is ACCEPTED as filed.

Lastly, before the Court at Docket 24 is Petitioner's Application for Order to Show Cause. Upon consideration of Petitioner's Application for Order to Show Cause and Petitioner's Supplemental Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 at Docket 23, and Respondents' non-opposition to the proposed schedule, the Application at Docket 24 is **GRANTED** and **IT IS ORDERED** that:

1. Respondents shall file a return on the Order to Show Cause as to why the Petition for Writ of Habeas Corpus and Supplemental Petition for Writ of Habeas Corpus should not be granted by **June 26, 2026**;

2. Petitioner shall have an opportunity to file a reply by **June 29, 2026**;

3. This matter shall be heard by this Court on **July 1, 2026, at 10:30 a.m.** in Anchorage Courtroom 2.

DATED this 22nd day of June, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE