MICHAEL J. HEYMAN
United States Attorney

JOSHUA A. TRAINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Josh.Traini@usdoj.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FABIOLA PILLE-VALERIO,<br><br>              Petitioner,<br><br>   v.<br><br>BRANDON JONES, SUPERINTENDENT, HILAND MOUNTAIN CORRECTIONAL FACILITY;<br><br>LAURA HERMOSSILO, FIELD OFFICE DIRECTOR, SEATTLE FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT;<br><br>TODD LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATIONS AND CUSTOMS ENFORCEMENT;<br><br>MARKWAYNE MULLIN, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY;<br><br>TODD BLANCHE, ACTING UNITED STATES ATTORNEY GENERAL,<br><br>              Respondents. | Case No. 3:26-cv-00194-SLG |

# NOTICE OF COMPLIANCE

Federal respondents, Laura Hermosillo, Todd Lyons, United States Immigration and Customs Enforcement (ICE), Mark Wayne Mullin, and Todd Blanche, through undersigned counsel, provide notice to the Court of the Immigration Judge's custody determination hearing held on July 9, 2026, pursuant to this Court's order at Dkt. 35.

RESPECTFULLY SUBMITTED this July 10, 2026, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Joshua A. Traini
Assistant U.S. Attorney
United States of America

*Pille-Valerio v. Jones et al.*
Case No. 3:26-cv-00194-SLG

Page 2 of 3

**CERTIFICATE OF SERVICE**
I hereby certify that on July 10, 2026,
a true and correct copy of the foregoing
was served electronically on the following:

Daniel Poulson
Aadika Singh
Assistant Federal Defenders
FEDERAL PUBLIC DEFENDERS FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd. Suite 700
Anchorage, AK 99503
Email: daniel_poulson@fd.org
          aadika_singh@fd.org

Nicolas A. Olano
Nations Law Group
2525 Blueberry Road, Suite 207
Anchorage, Alaska 99503
Email: nicolas@nationslawak.com

*Attorneys for Petitioner*

Andalyn Pace
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Email: andalyn.pace@alaska.gov
*Attorney for Respondent Brandon Jones*

/s/ Joshua A. Traini
Office of the U.S. Attorney

*Pille-Valerio v. Jones et al.*                                                    Page 3 of 3
Case No. 3:26-cv-00194-SLG