**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FABIOLA PILLE-VALERIO,<br><br>Petitioner,<br>v.<br><br>BRANDON JONES,<br>*Superintendent, Hiland Mountain Correctional Facility*, *et al.*,<br><br>Respondents. | Case No. 3:26-cv-00194-SLG |

## NOTICE OF INTENT TO CLOSE CASE

On July 2, 2026, the Court granted Petitioner Fabiola Pille-Valerio's Petition for Writ of Habeas Corpus in part and ordered Federal Respondents to provide Petitioner with a custody redetermination hearing under 8 U.S.C. § 1226(a) within seven days.[1] On July 10, 2026, Federal Respondents filed a Notice of Compliance informing the Court that Petitioner received a bond hearing on July 9, 2026 and was granted bond.[2] In light of Federal Respondents' Notice of Compliance and because it appears no matters remain for resolution, the Court intends to enter final judgment and close this case. Any party objecting to the closure of this case shall file an objection on or before **September 4, 2026**. If no timely objection is filed, the Court will order the Clerk of Court to enter final judgment in favor of

[1] Docket 35.

[2] Docket 36.

Petitioner and close this case.

DATED this 28th day of August, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE